No. 02–858. WORLDCOM, INC., ET AL. v. UNITED STATES TELE-COM ASSN. ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 02–8631. LUNDAHL v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 02–8598. WHITE v. KENTUCKY. Sup. Ct. Ky. Certiorari denied. JUSTICE BREYER would grant certiorari.

No. 01–10343. DIXON v. CROSBY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL., 537 U. S. 842;

No. 02–744. COLEMAN v. SIMPSON, TRUSTEE, 537 U. S. 1159;

No. 02–745. CANNON v. SWINDELL ET AL., 537 U. S. 1159;

No. 02–804. IN RE NEARHOOD, 537 U. S. 1170;

No. 02–894. MITRANO v. KELLY, 537 U. S. 1161;

No. 02–992. WEIL v. UNITED STATES, 537 U. S. 1173;

No. 02–6591. STRONG v. ILLINOIS DEPARTMENT OF HUMAN SERVICES, 537 U. S. 1173;

No. 02–7488. YARBROUGH v. LIFETOUCH NATIONAL SCHOOL STUDIOS ET AL., 537 U. S. 1163;

No. 02–7492. WILLEMS v. SEEFELDT, TRUSTEE, 537 U. S. 1163;

No. 02–7538. ZIEGLER v. BIRKETT, WARDEN, ET AL., 537 U. S. 1163;

No. 02–7549. TURNPAUGH v. MICHIGAN, 537 U. S. 1164;

No. 02–7555. CATALDO v. STEGALL, WARDEN, 537 U. S. 1164;

No. 02–7564. FAIR v. CITY OF GRESHAM, OREGON, 537 U. S. 1164;

No. 02–7605. COLQUITT v. COCKRELL, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 537 U. S. 1174;

No. 02–7879. MONTUE v. CALIFORNIA DEPARTMENT OF COR-RECTIONS, 537 U. S. 1176;

No. 02–7899. JOHNSTON v. ROPER, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, 537 U. S. 1166; and

No. 02–7990. MIULLI v. BARNHART, COMMISSIONER OF SOCIAL SECURITY, 537 U. S. 1176. Petitions for rehearing denied.